The Honorable Marsha J. Pechman

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9

| | |
|---|---|
| LAWRENCE HILDES, et. al., | CASE No: CV6-707 |
| Plaintiffs, | |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF SERVICE DEADLINE |
| CITY OF SEATTLE, et al., | **Note on Motion Calendar: SEPTEMBER 19, 2006** |
| Defendants. | (CLERK'S ACTION REQUIRED) |

10
11
12
13
14
15

16       This Matter having come on for consideration on Plaintiffs' motion and the Court having

17   reviewed the records and files herein, it is hereby

18   ORDERED, ADJUDGED, and DECREED that Plaintiffs, pursuant to Fed.R.Civ.Pro. 4(m) and

19   6(b), be granted a 60 day extension of the service deadline in the above matter.

20
21
DATED this _22nd_ day of September, 2006.
22
23
24
        /s Marsha J. Pechman
     JUDGE MARSHA J. PECHMAN
25

ORDER GRANTING MOTION FOR EXTENSION OF
SERVICE DEADLINE – Page 1 of 2

ISAK BRESSLER
Attorney at Law
6750 15th Avenue NW
Seattle, WA 98117
(206) 957-9010; Fax (206) 957-9013

1

2

3     Presented by:

4

      /S/_____
5     Isak Bressler (WSBA #31747)
      Attorney at Law
6     6750 15th Avenue NW
      Seattle, WA  98117
7
      Attorney for Plaintiffs
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
      ORDER GRANTING MOTION FOR EXTENSION OF                    ISAK BRESSLER
      SERVICE DEADLINE  – Page 2 of 2                            Attorney at Law
                                                              6750 15th Avenue NW
                                                               Seattle, WA 98117
                                                        (206) 957-9010; Fax (206) 957-9013