UNITED STATES OF AMERICA

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HILDES, et al.,

           Plaintiff(s),

v.

CITY OF SEATTLE, et al.,

           Defendant(s).

Case No. C06-707P

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

      In light of the Court's recent granting of an extension of time for 60 days in order to effect service on all defendants, a further extension of time to file the joint status report is also granted. The report will be due on **December 8, 2006.** All other FRCP 26-related dates are adjusted accordingly. Failure to adhere to these deadlines may result in sanctions, up to and including dismissal of this action.

      Filed this 22nd day of September, 2006.

                                    BRUCE RIFKIN, Clerk

                                    By     /s Mary Duett
                                    Deputy Clerk