UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HILDES,

        Plaintiff(s),

    v.

CITY OF SEATTLE, et al.,

        Defendant(s).

NO. C06-707P

ORDER OF DISMISSAL

On March 1, 2007, this Court issued an Order to Show Cause to Plaintiffs, giving them until March 9, 2007 to indicate why this matter should not be dismissed for failure to comply with the Court's order that an updated status report be filed.  Dkt. No. 34.  As of this date, no response to the Order to Show Cause has been filed.

IT IS HEREBY ORDERED that this matter is DISMISSED for failure to comply with the orders of this Court and failure to prosecute the matter in a timely fashion.

The clerk is directed to provide copies of this order to all counsel of record.

Dated:  March __27_, 2007

Marsha J. Pechman
U.S. District Judge

ORD ON - 1