UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAWRENCE A. HILDES, et al.,

    Plaintiffs,

v.

CITY OF SEATTLE, et al.,

    Defendants.

Case No. C06-707P

TAXATION OF COSTS

    Costs in the above-entitled action are hereby taxed against PLAINTIFFS and on behalf of DEFENDANTS in the amount of $20.90.

    Dated this   20th   day of APRIL, 2007 .

    */s/ Bruce Rifkin*

    Bruce Rifkin

    Clerk, U.S. District Court

TAXATION OF COSTS -- 1